In the Matter of the Judicial Settlement of the Account of Proceedings of BANKERS TRUST COMPANY and Others, as Executors, etc., of C. SIDNEY SHEPARD, Deceased.— Motion for reargument denied, with ten dollars costs; motion for leave to appeal to the Court of Appeals denied. Present — Sears, P. J., Crosby, Lewis, Cunningham and Dowling, JJ.

LOUIS GAMBIN, Doing Business under the Name of GAMBIN CONSTRUCTION Co., Appellant, v. THE FIDELITY & CASUALTY COMPANY OF NEW YORK and CASTRICONE PAVING & CONSTRUCTION Co., INC., Respondents.— Motion for reargument denied, with ten dollars costs; motion for leave to appeal to the Court of Appeals denied. Present — Sears, P. J., Crosby, Lewis, Taylor and Dowling, JJ.

## FIRST DEPARTMENT, NOVEMBER, 1939.
### (November 1, 1939.)

In the Matter of the Application of BERNARD C. McDONNELL for an Order to Invalidate, etc., a Nominating Petition Filed on Behalf of WILLIAM S. PRINCE, Nominating Him as Candidate for City Councilman from the Borough of Bronx, City of New York, on Taxpayers Party, etc. BERNARD C. McDONNELL, Petitioner, Respondent; S. HOWARD COHEN and Others, Respondents; WILLIAM S. PRINCE, Appellant.— Order unanimously affirmed. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

### (November 3, 1939.)

ALICE H. MORAN and VALERIE R. SEMEL, Trustees, and CHARLES V. MILLER, Doing Business as LOUIS XIV. ANTIQUE Co., Appellants, v. PEARL ASSURANCE COMPANY, LIMITED, Respondent.— Order unanimously reversed, with twenty dollars costs and disbursements, and motion denied, with leave to the defendant to answer within ten days after service of order on payment of said costs. No opinion. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

DOROTHY GROSSMAN, Respondent, v. MAX GROSSMAN, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

In the Matter of the Application of ALEXANDER M. EMERMAN, Petitioner, Appellant, for an Order under Article 78, Civil Practice Act, against PAUL J. KERN, President, and Others, Constituting the Municipal Civil Service Commission of the City of New York, Respondents.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.